# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2025-1797

**Short Case Caption** Southwest Airlines Co. v. US

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

25-1797

Costs are to be assigned as follows:

✓ Each side shall bear their own costs.
☐ Other:

Date: October 20, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: /s/ Aimee Lee
AIMEE LEE
Assistant Director
International Trade Field Office

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
Dept. of Justice, Civil Division
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No.: (212) 264-9232

Date: <u>October 20, 2025</u>　　　Signature: _____

Name:　　<u>Adam P. Feinberg</u>

Party Name: <u>Southwest Airlines Co.</u>

☐　　Additional pages attached