NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHWEST AIRLINES CO.,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant-Appellant*

---

2025-1797

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00141-GSK, Judge Gary S. Katzmann.

---

# **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

October 20, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 20, 2025